[No. 10684–1–II.   Division Two.   March 1, 1988.]

GORDON DAHLGREN, ET AL, *Appellants,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 277390, Arthur W. Verharen, J., entered January 22, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.

[No. 10416–4–II.   Division Two.   March 1, 1988.]

WILLIAM T. WOJCIK, *Appellant,* v. CHRYSLER CORPORATION, ET AL, *Defendants,* KITSAP COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–2–02951–5, William L. Brown, Jr., J., entered October 17, 1986. *Reversed* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ. Now published at 50 Wn. App. 849.

[No. 8038–2–III.   Division Three.   March 1, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD J. GIAKOVMIS, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 86–1–00052–9, Evan E. Sperline, J., entered July 25, 1986. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.